THE JIMMERSON LAW FIRM, P.C.
JAMES J. JIMMERSON, ESQ.
Nevada State Bar No. 000264
JAMES M. JIMMERSON, ESQ.
Nevada State Bar No. 12599
jmj@jimmersonlawfirm.com
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
Telephone:	702-388-7171
Facsimile:	702-367-1167

*Attorneys for Plaintiffs*
*Universal Wellness Holding Corp.*
*and Ernest B. Remo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL WELLNESS HOLDING CORP., a Wyoming corporation fka American Diversified Holdings Corporation, and ERNEST B. REMO, an individual,<br><br>            Plaintiffs,<br><br> vs.<br><br>MIROSLAV ZECEVIC, an individual, MINA MAR CORPORATION,  a dissolved Florida corporation, MINA MAR MARKETING GROUP INC., a Canada corporation aka Mina Mar Group, AMERICAN DIVERSIFIED HOLDINGS CORP., a New York corporation, DOE CORPORATOR I, TOURIST CRUISE SL, a Spain limited liability company (socieded limitada), FRYMOO GESTION SL, a Spain limited liability company (socieded limitada), JAM EMPRESARIAL SL, a Spain limited liability company (socieded limitada), ROLEN FERLO SL, a Spain limited liability company (socieded limitada), PROMCLONALIA NETWORKS SL (aka PROMOCIONALIA NETWORKS, SL), a Spain limited liability company (socieded limitada), WIN WIN INVEST CONSULTING SL, a Spain limited liability company (socieded limitada), DOES II-X, inclusive, ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>            Defendants. | Case No.: 2:22-cv-00549-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS MINA MAR CORPORATION, MINA MAR MARKETING GROUP, INC., AND MIROSLAV ZECEVIC'S MOTION TO DISMISS OR TRANSFER BASED ON FIRST-TO-FILE RULE**<br><br>**[FIRST REQUEST]** |

- 1 -

COME NOW, Plaintiffs, UNIVERSAL WELLNESS HOLDING CORP. and ERNEST B. REMO (each a "Plaintiff" and, collectively, "Plaintiffs") by and through their attorneys of record, JAMES J. JIMMERSON, ESQ. and JAMES M. JIMMERSON, ESQ. of THE JIMMERSON LAW FIRM, P.C., and Defendants MINA MAR CORPORATION, MINA MAR MARKETING GROUP, IN.C, and MIROSLAV ZECEVIC (each a "Defendant" and, collectively, "Moving Defendants") by and through their attorney of record, DAVID R. KOCH, ESQ. of KOCH & SCOW, LLC, and hereby enter into this Stipulation and Order, whereby Plaintiffs and Moving Defendants stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Moving Defendants, through their respective counsel of record, that the deadline for Plaintiffs to file their response to Moving Defendants' Motion to Dismiss or Transfer Based on the First-To-File Rule (the "Motion") (ECF No. 6) shall be extended by one day to April 21, 2022.  Moving Defendants' Reply in support of the Motion shall be due on April 28, 2022.

DATED April 19, 2022.

| THE JIMMERSON LAW FIRM, P.C. | KOCH & SCOW LLC |
|---|---|
| */s/James M. Jimmerson, Esq.* <br> JAMES J. JIMMERSON, ESQ. <br> Nevada Bar No. 000264 <br> JAMES M. JIMMERSON, ESQ. <br> Nevada Bar. No. 12599 <br> 415 S. Sixth Street, Suite 100 <br> Las Vegas, Nevada 89101 <br> (702) 388-7171 <br> *Attorneys for Plaintiffs Universal Wellness Holding Corp. and Ernest B. Remo* | */s/David R. Koch, Esq.* <br> DAVID R. KOCH, ESQ. <br> Nevada Bar No. 8830 <br> KERRY P. FAUGHNAN, ESQ. <br> Nevada Bar No. 12204 <br> 11500 S. Eastern Ave, Suite 210 <br> Henderson, Nevada 89052 <br> (702) 318-5040 <br> *Attorneys for Moving Defendants Mina Mar Corporation, Mina Mar Marketing Group, Inc., and Miroslav Zecevic* |

## ORDER

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 20, 2022

- 2 -